The United States District Court

Chandar Bingham

Vs.                                                    Civil. Case #

Department of Justice (DoJ)
Federal Bureau of Prisons (FBOP)
FCI Fort Dix (Low)
Warden(s) of FCI Fort Dix

RECEIVED

AUG - 3 2020

AT 8:30
WILLIAM T. WALSH      M
CLERK

Emergency
Petition for Relief Intervention Inquiry To
Inhumane Civil Rights Violations of Prisoners
_____


Comes Now Chandar Bingham (Inmate# 33534-083)
in a pro-se capacity; asking for Emergency
relief intervention, and inquiry To Inhumane
Civil rights violations. Petitioner is in grave
danger To his health, well being, among other
to include retaliation by captures; whom have
issued threatt of loss of liberty.


Jurisdiction
_____

with
Petitioner is a prisoner in This U.S. District
Court division and jurisdiction. By being held

Page # 1 of 5

In The Federal Bureau of Prisons (FBOP), F.C.I Fort Dix, Joint Base MDL, New Jersey 08640; This court can recognize and act now. For the civil rights violations sworn to with in this court can act now.

## Failure To Exhaust With B.O.P

As sworn to in Affidavit In Support of Petition (attached); Prison officials are disallowing the remedy process, access to the process, and much further undermining meaningful access to the courts in many ways. Furthermore this is an urgent emergency with dyer needs and consequences. Law provides exception in this matter if the court will grace this petition with recognition of such.

## Statement of The Facts

At least 25 inmates from different housing units at Fort Dix's East & West Compounds were placed together on one floor (2ⁿᵈ Floor) in unit #5703. The unifying reason for each

Page # 2 of 5

inmate being placed on The 2ND Floor of uNiT #5703 was for purpose of Corvid-19 (Corona virus) quarantine pryor to release to halfway house or home. On July 20Th the inmates Now on the 2ND Floor had Taken a corona virus test That obviously came back Negative. The Negative test brought about the inmates being placed in UNIT 5703 (2ND Floor) on July 27Th. Inmates are locked down and in the 2ND floor. A threat was given by prison offical to some inmates That entailed loss of liberty for any protest or complaining about the atrocities occuring in Unit #5703 (2ND Floor)

Upon getting on the second floor inmates were confront with infestations of rodents, insects, and critters. That get in and to your food. The 2ND Floor tempatures are unbareable causing heat exhaustion. The Ventilation system is levels beyond inadequate, Not filtrated, carpeted in mold and dust. Enough so to cause respitory reactions in a current Corvid-19 pandemic. Proper food rations are not provided, some inmates don't eat, or are cheated out of rations. There are simply Not enough Trays of food or portions, It is a free for all or

Page# 3 of 5

Scramble to get evening meals. Inmates "can't breath" and are starving; and have no recourse or appeal about it. There is no phone, e-mail (Tru-Lines) or stamps provided to call for help, Notify someone, or prepare for release to Society. This does have a pyssological effect; to which no psycologist is provided although needed. There is no laundry situation, no recreation, or fresh air, no recreation equipment. Inmates have an absolute right to most of this both in policy and law.

### No Access to Law Libary
### Memorandum of Law

There will be No Memorandum of Law because we are being denied access to law libary, Materials, and the Tru-Lincs System. This to is a civil rights violation, as well a denial of B.O.P policy.

Conclusion & Relief.

Enough legislation, Law, B.O.P Policy, Attorney general Memorandums, exist to release me now given the situation of the pandemic, and Fort Dix's inability to afford or maintain basic humane standards. I want immediate release or recommendation of. I want intervention of any kind the court sees fit. I want an inquiry from independent entity; as opposed to the "fox gaurding the hen house" (B.O.P.). Court ordered compliance would also seem applicable here.

Respectfully Submitted:

Chandar Bingham #33534-083

Page# 5 of 5